995 F.2d 220
 Wilder (Duane), Taubeneck (Ted D.), Witter (William D.),
Murray (William T.), Wilder Deem Associates, Inc.,
Babitt (Roy), Trustee of Alwilco, Inc.
v.
Williams (Charles), Trosch (Carl V.), Johnson (Mary Ellen),
Iwanyschyn (Roman), Kesich (John), Zanotto (Gary J.),
Lockovich (John), Griffin (Robert), Roth (Wade N., Sr.),
Boone (Nelson), Dodson (Paul A.), Pennavaria (Thomas) v.
Rich (James H.), Ernst and Whitney
 NO. 92-3568
 United States Court of Appeals,
Third Circuit.
 May 21, 1993
 
 Appeal From: W.D.Pa.,
 Lewis, J.
 
 
 1
 AFFIRMED.